# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Angela Jordan, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:12-cv-00354-MR |
| | ) | 1-00cr0057-MR |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2013 Order.

January 15, 2013

Frank G. Johns, Clerk
United States District Court